```
 1  KAREN P. HEWITT
    United States Attorney
 2  MARY C. LUNDBERG
    Asst. U.S. Attorney
 3  California State Bar No. 120630
    Office of U.S. Attorney
 4  Federal Office Building
    880 Front Street, Room 6293
 5  San Diego, California 92101-8893
    Telephone: (619) 557-6759
 6
 7  Attorneys for Plaintiff
    United States of America
```

FILED

2007 MAY 30  AM 7:46

CLERK US DIST...
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Civil No. 07CV0703BTM(NLS) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION FOR ENTRY |
| RIC A. MILITELLO, | ) | OF CONSENT JUDGMENT |
| Defendant. | ) | |

  Plaintiff, United States of America, by its undersigned attorneys, and defendant, Ric A. Militello, stipulate as follows:

  Defendant is indebted to the United States in the sum of $63,195.21 principal, plus interest at the rate of 7.14 percent per annum from May 1, 1999, and filing fees allowed pursuant to 28 U.S.C. § 2412(a)(2), by reason of defendant's default in repayment of a federally insured student loan.

  Judgment by consent as stated above may be entered against defendant.

///

///

///

///

MCL:cv:2006Z01414001

In addition, defendant will be liable for costs of suit in this action in the sum of $0.00.

Post-judgment interest will accrue at the current legal rate in effect on the date of entry of judgment and will be compounded annually until paid in full pursuant to the provisions of 28 U.S.C. § 1961(b).

DATED: 5/23/07

KAREN P. HEWITT
United States Attorney

MARY C. LUNDBERG
Assistant U. S. Attorney

DATED: 5/22/07

RIC A. MILITELLO
Defendant

## ORDER

IT IS SO ORDERED:

DATED: May 29, 2007

Judge of the District Court

MCL:cv:2006Z01414001

2

07CV0703BTM(NLS)