```
 1  KAREN P. HEWITT
    United States Attorney
 2  MARY C. LUNDBERG
    Asst. U.S. Attorney
 3  California State Bar No. 120630
    Office of U.S. Attorney
 4  Federal Office Building
    880 Front Street, Room 6293
 5  San Diego, California 92101-8893
    Telephone: (619) 557-6759
 6
    Attorneys for Plaintiff
 7  United States of America
```

FILED

2007 MAY 30 AM 7:46

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Civil No. 07CV0703BTM(NLS) |
|---|---|
| Plaintiff, | ) |
| v. | ) CONSENT JUDGMENT |
| RIC A. MILITELLO, | ) |
| Defendant. | ) |

Pursuant to the stipulation for entry of consent judgment filed by the parties and good cause appearing therefor,

IT IS ORDERED that judgment be entered as follows:

| | |
|---|---|
| Principal | $63,195.21 |
| Interest at the rate of 7.14 percent per annum from October 13, 2006 | $14,831.66 |
| Filing fees allowed pursuant to 28 U.S.C. § 2412(a)(2) | $   350.00 |
| SUBTOTAL | $78,026.87 |
| Costs incurred in this action | $     0.00 |
| TOTAL | $78,376.87 |

IT IS FURTHER ORDERED that interest at the current legal rate will accrue upon entry of judgment and will be compounded annually until paid in full, pursuant to 28 U.S.C. § 1961(b).

DATED: 5-29-2007

_____
Judge of the District Court

MCL:cv:2006Z01414001                3                    07CV0703BTM(NLS)